DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| | | | |
|---|---|---|---|
| 192P13 | Lisa Criswell v. Robert Hunter Wheatley, Ronald Wheatley, and Robbie Lentz Scarboro | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-786) | Denied |
| 193A13 | State v. Thomas Woodrow Rice | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA12-735)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed as Moot |
| 194P13 | N.C. Dept. of Correction v. Jonas Allen Strickland | 1. Def's *Pro Se* Motion for Petition for Relief<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Dismissed as Moot |
| 195P13 | State v. Travis Doran Ramseur | 1. Def's NOA Based Upon a Constitutional Question (COA12-62)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 (COA12-62)<br><br>3. Def's PWC to Review Order of COA (COA12-62)<br><br>4. State's Motion to Dismiss Appeal (COA12-62) | 1. - - -<br><br>2. Dismissed<br><br>3. Denied<br><br>4. Allowed |
| 199P13 | State v. Roger Stevenson | *Def's Pro Se* PWC to Review Order of Superior Court of Pitt County | Dismissed 05/09/13 |
| 201P13 | Robert James Petrick v. Brad Perritt, Admin., Lumberton Correctional Inst. | 1. Plt's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied 05/06/13<br><br>2. Allowed 05/06/13 |
| 203P13 | State v. Robert Henry Gaffney | 1. Def's NOA Based Upon a Constitutional Question (COA12-707)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |